IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF ALABAMA
SOUTHERN DIVISION

| | | |
|---|---|---|
| ARCH INSURANCE COMPANY, | ) | |
| | ) | |
| Plaintiff, | ) | |
| | ) | |
| v. | ) | CASE NO. 1:16-CV-538-WKW |
| | ) | [WO] |
| ACE INSURANCE COMPANY, | ) | |
| *et al.*, | ) | |
| | ) | |
| Defendants. | ) | |

## ORDER

On June 7, 2017, the Magistrate Judge filed a Recommendation to which no timely objections have been filed. (Doc. # 59.) Upon an independent review of the record and upon consideration of the Recommendation, it is ORDERED as follows:

1. The Recommendation (Doc. # 59) is ADOPTED.

2. The following motions are GRANTED: Defendant Tyson's motion to stay (Doc. # 11), Defendant Walker's motion to stay (Doc. # 20), and Defendant Griffino's motion to stay (Doc. # 40).

3. Until further Order, this action is STAYED to allow the parties to litigate the claims in the pending state court coverage lawsuit.

4. **On or before November 27, 2017, and every 91 days thereafter**, the parties shall file a joint status report.

5. The following motions are DENIED without prejudice with leave to refile any motions that are appropriate, after the stay is lifted:

   a. Defendant Tyson's motion to dismiss (Doc. # 11);

   b. Defendant Walker's motion to dismiss (Doc. # 20);

   c. Defendant Tyson's motion to realign the parties (Doc. # 27);

   d. Defendant Tyson's motion to dismiss (Doc. # 27);

   e. Plaintiff's motion for leave to file an amended complaint (Doc. # 36);

   f. Defendant Dothan Security, Inc.'s motion to dismiss (Doc. # 38);

   g. Defendant Dothan Security, Inc.'s motion for judgment on the pleadings (Doc. # 38); and

   h. Defendant Griffino's motion to dismiss (Doc. # 40).

6. Defendant Tyson's motion for extension of time (Doc. # 42) is DENIED as moot.

   DONE this 6th day of September, 2017.

   /s/ W. Keith Watkins
   CHIEF UNITED STATES DISTRICT JUDGE